**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | CR-10-356-01-PHX-NVW |
| v. | ) | |
| Sheila Marie Zepeda, | ) | ORDER OF DETENTION |
| Defendant. | ) | |

Defendant was released on her own recognizance on April 1, 2010  Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release.  Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court that defendant wishes to waive her right to a hearing and admit the allegations contained in the petition.  The Court addressed defendant and advised defendant of her right to remain silent, to continued representation by counsel, to provide evidence on her behalf, and the government's obligation to prove that defendant violated at least one condition of release by clear and convincing evidence.  Defendant advised she understood these rights and confirmed that she wanted to waive her right to a hearing and admit.

The Court addressed defendant regarding, the allegation contained in the petition and she admitted the allegations.

The Court finds that defendant is guilty of violating her pretrial release conditions and there is a factual basis for the admission. Further, that the admission was entered into knowingly, intelligently, voluntarily, and without coercion or promises.

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this 19th day of May, 2010.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge